UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

KENRICK GRAY,

                                Plaintiff,

-against-

CITY OF NEW YORK, MICHAEL DARAGJATI,
Individually, THOMAS SPITZFADDEN, Individually, and
JOHN and JANE DOE 1 through 10 individually and in their
official capacities, (the names John and Jane Doe being
fictitious, as the true names are presently unknown),

                                                      Defendants.
------------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12 Cv. 0197 (ERK) (CLP)

        **WHEREAS,** the City of New York, Thomas Spitzfadden and Kennrick Gray[1] have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

[The rest of this page intentionally left blank]

---

[1] This settlement agreement does not include defendant Michael Daragjati.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice in its entirety.

LEVENTHAL & KLEIN, LLP
*Attorneys for Plaintiff*
45 Main Street, Suite 230
Brooklyn, New York 11201

By: _____
Brett H. Klein, Esq.
*Attorney for Plaintiff*

Dated: Brooklyn, New York
_____, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York &
  Thomas Spitzfadden*
100 Church Street, Rm. 3-180
New York, New York 10007

By: _____
Wesley E. Bauman
*Assistant Corporation Counsel*

Dated: New York, New York
_____, 2013

SO ORDERED:

_____
HON. EDWARD R. KORMAN
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
_____, 2013

2