UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KENRICK GRAY,

                                                  Plaintiff,

-against-

CITY OF NEW YORK, MICHAEL DARAGJATI,
Individually, THOMAS SPITZFADDEN, Individually, and
JOHN and JANE DOE 1 through 10 individually and in their
official capacities, (the names John and Jane Doe being
fictitious, as the true names are presently unknown),

                                                  Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12 Cv. 0197 (ERK) (CLP)

        **WHEREAS**, the City of New York, Thomas Spitzfadden and Kennrick Gray[1] have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

[The rest of this page intentionally left blank]

---

[1] This settlement agreement does not include defendant Michael Daragjati.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice in its entirety.

| | |
|---|---|
| LEVENTHAL & KLEIN, LLP<br>*Attorneys for Plaintiff*<br>45 Main Street, Suite 230<br>Brooklyn, New York 11201 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City of New York &*<br>*Thomas Spitzfadden*<br>100 Church Street, Rm. 3-180<br>New York, New York 10007 |
| By: /s/ Brett H. Klein<br>Brett H. Klein, Esq.<br>*Attorney for Plaintiff* | By: /s/ Wesley E. Bauman<br>Wesley E. Bauman<br>*Assistant Corporation Counsel* |
| Dated: Brooklyn, New York<br>_____, 2013 | Dated: New York, New York<br>7/29, 2013 |
| | SO ORDERED:<br>/s/ Judge Edward R. Korman |
| Dated: New York, New York<br>7/29, 2013 | HON. EDWARD R. KORMAN<br>UNITED STATES DISTRICT JUDGE |

2